**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

### No. 20-1881

QUN WANG, Executor of the Estate of Robert Allen Ringdahl,

    Plaintiff - Appellee,

  v.

ARTIN AFSHARJAVAN,

    Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Paula Xinis, District Judge. (8:18-cv-01006-PX)

Submitted: December 28, 2021       Decided: January 21, 2022

Before AGEE and WYNN, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Artin Afsharjavan, Appellant Pro Se. Stephen Charnoff, REES BROOME, PC, Tysons Corner, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Artin Afsharjavan appeals the district court's orders granting summary judgment to Qun Wang, as executor of the estate of Robert Ringdahl, on the estate's breach of contract claims and subsequently setting an award of damages, attorney's fees, and costs. We have reviewed the record and find no reversible error. We therefore affirm the district court's orders. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*